[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 27, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-10809
Non-Argument Calendar

_____

D. C. Docket No. 05-00321-CR-WS-B

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICHARD NAVA,
a.k.a. Little Man,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(September 27, 2007)**

Before TJOFLAT, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Robert Ratliff, Esq., appointed counsel for Richard Nava, has filed a motion

to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsels' assessment of the relative merit of the appeal is correct. Independent examination of the entire record reveals no arguable issues of merit, therefore, counsel's motion to withdraw is **GRANTED**, and Nava's conviction and sentence are **AFFIRMED**.